IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARRIN SHATNER,**

    **Plaintiff,**

v.

**THOMAS PAGE, et al.,**

    **Defendants.**                              Case No. 00-cv-251-DRH

## ORDER

**HERNDON, District Judge:**

    Before the Court is Defendants' collective Motion to Continue Trial Date (Doc. 122). Trial is currently scheduled for February 20, 2007, however, Defendants' counsel currently has a pre-existing trial obligation in another case. Therefore, in conferring with Plaintiff's counsel, Defendants propose a continuance of the trial date until some time in June, 2007 or thereafter. For good cause shown and because Plaintiff does not oppose, the Court hereby **GRANTS** the Motion (Doc. 122) and **CONTINUES** the **TRIAL** to **Monday, July 9, 2007 at 9:00 a.m.**

    **IT IS SO ORDERED.**

    Signed this 3rd day of October, 2006.

                                        /s/         David RHerndon
                                         **United States District Judge**