# N THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DARRIN SHATNER, INMATE #B-42950 | ) | |
|     PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL NO. 00-251-DRH |
| | ) | |
| THOMAS PAGE, ET AL | ) | |
|     DEFENDANTS. | ) | |

## ORDER

This cause coming to be heard on Plaintiff's Motion to Continue the Trial Date filed on June 13, 2007. The Motion is **GRANTED**. The trial in this case is rescheduled for November 26, 2007.

Dated: June 13th, 2007

                                                      /s/      David   RHerndon
                                                    United States District Judge