IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARRIN SHATNER,**

**Plaintiff,**

**v.**

**THOMAS PAGE, ROGER COWAN,
IAN OLIVER, SUPT. FRENZEL,
CAPT. PIERCE, LT. WESTERMAN,
and C/O DOBBS, DEPUTY DIRECTOR CLARK,
C/O STEWART, DONALD SNYDER,
C/O BENEFILED, GILBERT, and LT. GALES,**

**Defendants.**                               No. 00-CV-0251-DRH

## ORDER

**HERNDON, Chief Judge:**

      Now before the Court is Plaintiff's motion to continue the final pretial conference and trial date (Doc. 143). Said motion is **GRANTED**. The **SETS** the telephone final pretrial conference for April 22, 2008 at 9:30 a.m. (Plaintiff's counsel shall arrange the call to 618-482-9447) and the bench trial for May 12, 2008.

      **IT IS SO ORDERED.**

      Signed this 31st day of October, 2007.

                                     /s/     DavidRHerndon
                                     Chief Judge
                                     United States District Court