## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DARRIN SHATNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-CV-0251-DRH |
| | ) | |
| THOMAS PAGE, ROGER COWAN, | ) | Chief Judge David R. Herndon |
| IAN OLIVER, ALAN FRENTZEL, | ) | |
| WILLIAM PIERCE, DARREL WESTERMAN, | ) | Magistrate Judge |
| DAVID DOBBS, DWAYNE CLARK, | ) | Donald G. Wilkerson |
| DENNIS STEWART, DONALD SNYDER, | ) | |
| KEITH BENEFIELD, LAMONT GILBERT and | ) | |
| ROBERT GALES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause coming to be heard on the Unopposed Motion for Enlargement of Time filed by Plaintiff on June 6, 2008. The Motion is **GRANTED**. Each party's proposed findings of fact and conclusions of law must be submitted on or before June 30, 2008, and responses must be submitted on or before July 18, 2008.

Dated: June 9th, 2008

/s/     David R Herndon

Chief Judge
United States District Court