IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARRIN SHATNER,

Plaintiff,

v.

THOMAS PAGE, ROGER COWAN,
IAN OLIVER, SUPT. FRENZEL,
CAPT. PIERCE, LT. WESTERMAN,
and C/O DOBBS, DEPUTY DIRECTOR CLARK,
C/O STEWART, DONALD SNYDER,
C/O BENEFILED, GILBERT, and LT. GALES,

Defendants.                                    No. 00-CV-0251-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is the parties' agreed motion to enter stipulation to dismiss Defendants Dobbs, Gales and Page (Doc. 179). Based on the reasons stated in the agreed motion, the Court **GRANTS** the motion. Pursuant to the agreed stipulation, the Court **DISMISSES with prejudice** David Dobbs, Robert Gales and Thomas Page. At the close of the case, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 7th day of May, 2009.

/s/    David R Herndon
Chief Judge
United States District Court